Prob 19
01/82

# United States District Court
## for the
## Eastern District of Pennsylvania

U.S.A. V., Desmond Marquis Stone        Case No.: 2:22CR000464-001

TO:[1] Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Desmond Marquis Stone | SEX<br>Male | RACE<br>Black Non-Hispanic | AGE<br>31 |
| ADDRESS (STREET, CITY, STATE)<br>2607 West Somerset Street, Philadelphia, PA 19132 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>United States District Court for the Western District of North Carolina | | DATE IMPOSED<br>10/19/2021 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court for the Eastern District of Pennsylvania | | | |
| CLERK<br>George V. Wylesol | (BY) DEPUTY CLERK<br>/S/ THOMAS GIAMBRONE | DATE<br>11/22/2023 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for the Eastern District of Pennsylvania," or "any United States Marshal," or "any Special Agent of the Federal Bureau or Investigation, or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

NOTE: The U.S. Attorney and counsel of record have been notified of the issuance of a warrant.